UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61316-CIV-SINGHAL

GREGORY ST. CLAIR,

       Plaintiff,

v.

EXPERIAN, *et al*.,

       Defendants.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (DE [3]), filed on July 24, 2024.  Plaintiff filed a Complaint (DE [1]) earlier on that same day, citing Federal Question jurisdiction.  The Court has carefully reviewed the file and is otherwise appropriately advised.

## DISCUSSION

Pursuant to 28 U.S.C. § 1915(a)(1), upon a finding of indigency, courts may authorize the commencement of an action without requiring the prepayment of fees or security.  Courts' decisions to grant *in forma pauperis* are discretionary.  *Pace v. Evans*, 709 F.2d 1428, 1429 (11th Cir. 1983).  Nonetheless, courts must determine whether the information provided satisfies "the requirement of poverty."  *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).   An affidavit "need not show that the litigant is absolutely destitute."  *Id.* (internal quotations omitted).  However, the affidavit must represent that the litigant, "because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents."  *Id.*

As submitted, Plaintiff's AO 240 form does not provide the Court with sufficient details or information to determine Plaintiff's eligibility, as per 28 U.S.C. § 1915(a)(1).  For instance, Plaintiff identifies two individuals as dependents—ages six and eight, respectively.  However, Plaintiff does not specify the nature of his relationship with either person, as required by the form.  Further, Plaintiff does not provide any documentation that would corroborate his responses on the AO 240 form.  Without complete information and support, the court cannot determine whether Plaintiff has met the poverty requirement.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.      Plaintiff's Motion to Proceed *in forma pauperis* (DE [3]) is **DENIED**.

2.      Plaintiff's Complaint (DE [1]) is **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff decide to initiate a new case with an amended Complaint, they must either: (1) pay the filing fee; or (2) file a complete Motion to Proceed *in forma pauperis*.

3.      The Clerk of Court is instructed to **CLOSE** this case.  Any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 28th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

cc:     Gregory St. Clair
        1835 Hallandale Beach Blvd.
        Hallandale, FL 33009
        *PRO SE*